**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

GRUPO KARIM'S S.A. *et al*.                                        Case No. 1:15-cv-03656-JKB

            Plaintiff,

v.

MICHAEL MCNICHOLAS,

            Defendant.
_____/

## STIPULATED DISMISSAL

1. After extensive negotiation and communication Grupo Karim's S.A., Mohammad Yusuf Amdani, and Michael McNicholas (collectively, the "Parties") have executed a settlement agreement (the "Agreement") and reciprocal release ("Release"), both dated March 31, 2016. The Parties' compliance with the Release is conditioned upon performance of the terms of the Agreement.

2. Pursuant to the Agreement, the Parties have agreed to the dismissal of the instant action.

3. Thus, the Parties stipulate:

- that the action titled *Grupo Karim's S.A. et al v. McNicholas* (Case No. 1:15-cv-03656-CCB) be dismissed with prejudice immediately; and

- that this Court retain jurisdiction over the current proceedings for the sole purpose of enforcing the provisions of the Agreement and Release. This retention of jurisdiction encompasses, without limitation, the jurisdiction to issue sanctions under Rule 11 of the Federal Rules of Civil Procedure.

4.       A proposed order is attached as Exhibit A.

Dated:        April 5, 2016

Respectfully submitted,

| **SCHULTE BOOTH, P.C.** | **BRYAN CAVE LLP** |
|---|---|
| 785 Elkridge Landing Road<br>Suite 150<br>Linthicum Maryland, 21090<br>Telephone: (410) 850-4600<br>Fax: (410) 850-5600 | 1155 F Street, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 508-6000<br>Fax (202) 220-6200<br>**By**      Alec W. Farr<br>Alec W. Farr<br>Federal Bar No. 12513<br>alec.farr@bryancave.com |
| **By**      /s/ Alan Booth<br>Alan Booth<br>albooth@schultebooth.com<br><br>*Counsel for Defendant Michael McNicholas* | *Counsel for Plaintiffs Mohammad Yusuf Amdani and Grupo Karim's S.A.*<br><br>**Pedro J. Martinez-Fraga**<br>(admitted *pro hac vice*)<br>Florida Bar No. 752282<br>pedro.martinezfraga@bryancave.com<br>**Tania Cruz**<br>(admitted *pro hac vice*)<br>Florida Bar No. 899151<br>tania.cruz@bryancave.com<br>**Fernando Alvarez-Perez**<br>(admitted *pro hac vice*)<br>Florida Bar No. 0114186<br>fernando.alvarezperez@bryancave.com<br><br>200 S Biscayne Blvd. Suite 400<br>Miami, FL 33131-2302<br>Telephone: (786) 322-7500<br>Fax: (786) 322-7501 |

[The balance of this page is intentionally left blank.]

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing stipulation of dismissal was caused to be filed in this action via the Court's ECF system on this 5th day of April, 2016.

                                                /s/ Alec Farr
                                                Alec W. Farr (Federal Bar # 12513)

# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

GRUPO KARIM'S S.A. *et al*.                    Case No. 1:15-cv-03656-JKB

        Plaintiff,

v.

MICHAEL MCNICHOLAS,

        Defendant.
_____/

## ORDER ENTERING STIPULATED DISMISSAL

THIS CAUSE came before the Court upon the parties' Stipulated Dismissal. The parties (Grupo Karim's S.A., Mohammad Yusuf Amdani, and Michael McNicholas) have executed a settlement agreement and attendant reciprocal release. This Court, having reviewed the stipulation and all relevant portions of the record, it is hereby:

ORDERED, ADJUDGED, and DECREED that the stipulated dismissal is ENTERED as follows:

    1.    The instant action titled *Grupo Karim's S.A. et al v. McNicholas* (Case No. 1:15-cv-03656-CCB) be dismissed with prejudice.

    2.    This Court shall retain jurisdiction over the current proceedings for the sole purpose of enforcing the provisions of the Settlement Agreement and Reciprocal Release, including, without limitation, the jurisdiction to issue sanctions under Rule 11 of the Federal Rules of Civil Procedure.

[The remainder of this page is intentionally left blank.]

DONE, ORDERED, and ADJUDGED this _____ day of _____, 2016.

                                                  _____
                                                  The Honorable Catherine C. Blake
                                                  UNITED STATES DISTRICT COURT JUDGE